IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREDDIE LEE WALLACE, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | CIVIL ACTION NO. H-17-3119 |
| v. | § | |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| *Respondent.* | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 23rd day of April, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE